UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TERRY R. RISNER and** <br> **JOYCE A. RISNER,** <br><br> Plaintiff, <br><br> v. <br><br> **CHENIERE ENERGY, a Corporation,** <br> **M.G. DYESS, a Corporation,** <br> **MEARS, a Corporation,** <br> **QUANTA, a Corporation,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-CV-250-RAW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED and DECREED that this case is dismissed.

IT IS SO ORDERED this 6th day of February, 2023.

Ronald A. White
United States District Judge
Eastern District of Oklahoma